# United States Court of Appeals
## For the First Circuit

No. 02-1988

STATIA A. SKWIRA, as Administratrix of the
Estate of Edward S. Skwira, and Individually;
MARSHA YARROWS; EDWARD S. SKWIRA, JR.;
PHILIP E. SKWIRA,

Plaintiffs, Appellants,

v.

UNITED STATES,

Defendant, Appellee.

ERRATA

The opinion of this court issued on September 15, 2003, should be amended as follows:

On page 44, last paragraph, penultimate line, "Skira's" should be replaced with "Skwira's."